IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED IN OPEN COURT

SEP - 9 2025

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 4:25mj58 |
| ) | |
| ) | |
| WILLIAM EUGENE QUARLES, III ) | |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 25, 2025, within the special maritime and territorial jurisdiction of the United States, WILLIAM EUGENE QUARLES, III, did commit assault by striking, beating or wounding. (In violation of Title 18, United States Code, Section 113.)

Erik S. Siebert
UNITED STATES ATTORNEY
By: _____
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov

## CERTIFICATE OF DELIVERY

I hereby certify that on September 9, 2025, I caused a true and correct copy of the foregoing Criminal Information to be hand-delivered to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

By: *[signature]* C Black
Catherine Black
Assistant United States Attorney
Virginia Bar No. 36370
11815 Fountain Way, Suite 200
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
catherine.black@usdoj.gov